UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:04-cr-0144 (WTL/KPF) |
| ) | |
| ALLEN W. WESTMORELAND, JR., ) | |
| a/k/a NUKE, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Allen W. Westmoreland, Jr.'s supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of confinement of 12 months in the custody of the Attorney General or his designee. The service of the sentence shall begin immediately. Mr. Westmoreland is to receive credit for incarceration from November 10, 2011. At the conclusion of Mr. Westmoreland's release from confinement, he will not be subject to supervised release. It is recommended that Mr. Westmoreland be designated to the Farm Camp at the Federal Correctional Complex in Terre Haute, Indiana.

**IT IS SO ORDERED** this 12th day of March, 2012.

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Brad Blackington,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Jennifer M. Lukemeyer,
141 E. Washington Street, #300
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service